THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. HERSHALL DAVIS, Defendant-Appellant.

(Nos. 73-219, 73-220 cons.;

Fifth District—March 15, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Theodore A. Gottfried, Assistant Appellate Defender, of counsel), for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, for the People.